BEFORE THE FIRST DIVISION, JANUARY 13, 1950

No. 53894.—L. Heller & Son, Inc. v. United States, protest 151372–K (New York).

Opinion by OLIVER, C. J. It was stipulated that the merchandise consists of alabaster beads similar in all material respects to those the subject of *Eitinger Bead Co., Inc.* v. *United States* (17 Cust. Ct. 56, C. D. 1020). The claim at 35 percent under paragraph 1503 was therefore sustained.

No. 53895.—Czecho-Slovak Glass Products, Inc., et al. v. United States, protests 139791–K (B), etc. (New York).

Opinion by OLIVER, C. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 53896.—Colonial Bead Co., Inc., et al. v. United States, protests 141916–K, etc. (New York).

Opinion by OLIVER, C. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 53897.—Abercrombie & Fitch Co. and Caron Corp. v. United States, protests 150569–K and 150884–K (New York).

Opinion by OLIVER, C. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, JANUARY 13, 1950

No. 53898.—The Hoole Service Co. v. United States, protest 630820–G (New York).

Opinion by LAWRENCE, J. By virtue of the decision in *T. M. Duche & Sons, Inc.* v. *United States* (36 C. C. P. A. 19, C. A. D. 391), the protest was dismissed.

No. 53899.—Export Exchange Corporation v. United States, protest 151631–K (New York).

Opinion by LAWRENCE, J. The protest was dismissed.

No. 53900.—M. B. Daniels & Co., Inc., et al. v. United States, protests 151732–K, etc. (New York).

Opinion by LAWRENCE, J. The protests were dismissed.